IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ANSTHONIO ANDERSON, )
       Plaintiff, )
        )
v. ) CIVIL ACTION NO.: CV504-045
        )
PAT HICKS, Warden, )
        )
       Defendant. )

## ORDER

Plaintiff, an inmate formerly incarcerated at D. Ray James Prison in Folkston, Georgia, filed the captioned action *in forma pauperis*, seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated Auust 26, 2004, Plaintiff was advised that he "... is charged with the responsibility of immediately informing this Court and defense counsel of any change of address during the pendency of this action. Failure to do so may result in dismissal of this case." Defendant has moved for a dismissal of Plaintiff's claim for failure of the Plaintiff to provide counsel with a current address.

The court is reluctant to rule on said motion without receiving a response from the plaintiff or insuring that plaintiff is advised of the potential ramifications caused by his failure to respond. Once such a motion is filed, the opponent should be afforded a reasonable opportunity to respond to or oppose such a motion. Although it is past the time generally afforded a party to make such a response, this court must consider that the plaintiff in this case is a *pro se* litigant. Haines v. Kerner, 404 U. S. 519, 92 S. Ct. 594, 30 L. Ed.2d 652 (1972).

AO 72A
(Rev. 8/82)

Accordingly, Plaintiff is hereby **ORDERED** to file any objections to Defendant's motion for a dismissal, or to otherwise inform the court of his decision not to object to Defendant's motion within fifteen (15) days of the date of this order. Griffith v. Wainright, 772 F.2d 822 (11th Cir. 1985) Should Plaintiff not timely respond to Defendant's motion, the Court will deem that there is no opposition to the motion and grant the motion as unopposed. See Local Rule 7.5.

**SO ORDERED**, this  6th  day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

ANDERSON
_____ )

vs ) CASE NUMBER CV504-45

HICKS ) DIVISION WAYCROSS
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/8/05 _____, which is part of the official record of this case.

Date of Mailing: 8/8/05

Date of Certificate  ☒ same date,   or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor/Deputy Clerk

Name and Address

Ansthonio Anderson, EF-465647, 6712 Pine Valley Dr., Columbus, GA 31902
Stephen Curry

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate